IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MERLIN LKENT WILLIAMS, #213616                                                  PLAINTIFF

V.                                                CIVIL ACTION NO. 3:23-cv-00022-CWR-LGI

STATE OF MISSISSIPPI, ET AL.                                                   DEFENDANTS

## ORDER MOOTING MOTION [2]

*Pro se* Plaintiff Merlin Lkent Williams, an inmate of the South Mississippi Correctional Institution, brings this Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding *in forma pauperis*. *See* Order [19].

When Plaintiff submitted his Complaint for filing, he also submitted a Motion for Leave to File his Complaint, and a Motion for leave to proceed *in forma pauperis*. On January 10, 2023, the Clerk of Court opened this civil action and filed all three documents on the Court's docket. *See* Compl. [1]; Mot. [2]; Mot. [3]. Accordingly, Plaintiff's Motion for Leave to File [2] his Complaint is moot.

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File [2] his Complaint is deemed moot.

The Court warns Plaintiff that a failure to timely comply with any order of this Court or a failure to advise the Court of any changes to his address will result in the dismissal of this case.

THIS, the 15th day of March, 2023.

                                                s/ *LaKeysha Greer Isaac*
                                      UNITED STATES MAGISTRATE JUDGE